FILED
May 03, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____K Cavazos_____
DEPUTY

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: PROVEN NETWORKS, LLC, PATENT
LITIGATION                                    MDL No. 2959

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –3)**

On October 1, 2020, the Panel transferred 1 civil action(s) to the United States District Court for the Western District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2020). Since that time, 2 additional action(s) have been transferred to the Western District of Texas. With the consent of that court, all such actions have been assigned to the Honorable Alan D Albright.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Texas and assigned to Judge Albright.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Western District of Texas for the reasons stated in the order of October 1, 2020, and, with the consent of that court, assigned to the Honorable Alan D Albright.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Texas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 03, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

A true copy of the original, I certify.
Clerk, U.S. District Court
By_____Kathy Cavazos_____
May 04, 2021     Deputy

**IN RE: PROVEN NETWORKS, LLC, PATENT LITIGATION**  MDL No. 2959

### SCHEDULE CTO−3 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 21−02185 | Proven Networks, LLC v. Barracuda Networks, Inc. |